UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    PLAINTIFF, | : <br> : <br> : | NO.<br>3:02cr311 (AWT) |
| v. | : <br> : | |
| GARY BLONDER,<br>    DEFENDANT. | : <br> : | APRIL 29, 2005 |

## MOTION TO SEAL

The Defendant, Gary Blonder, by and through the undersigned counsel, moves this Honorable Court for an Order sealing the following documents in the above-captioned matter: Supplemental Memorandum in Aid of Sentencing with attached Exhibits A-E. Sealing is requested to ensure the confidentiality of privileged medical records of the Defendant and relevant third parties, as well as sensitive financial information.

DEFENDANT,
GARY BLONDER

By /s/ James W. Bergenn
James W. Bergenn
Fed. Bar No. ct00006
Moira L. Buckley
Fed. Bar No. ct18803
Shipman & Goodwin LLP

One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5000
(860) 251-5219 (fax)
jbergenn@goodwin.com
mbuckley@goodwin.com

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal was hand-delivered on this 29th day of April, 2005 to the following:

James Genco, Esq.
Assistant United States Attorney
United States District Court
450 Main Street
Hartford, CT 06103

I hereby certify that a copy of the foregoing Motion to Seal was sent via first class mail, postage prepaid on this 29th day of April, 2005 to the following:

Martha Newbury
U.S. Probation Officer
Connecticut Financial Center
157 Church Street, 22nd Floor
New Haven, CT 06510

Moira L. Buckley