FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 APR 29 P 3: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. |
| PLAINTIFF, | : | 3:02cr311 (AWT) |
| | : | |
| v. | : | |
| | : | |
| GARY BLONDER, | : | |
| DEFENDANT. | : | APRIL 29, 2005 |

## MOTION TO SEAL

The Defendant, Gary Blonder, by and through the undersigned counsel, moves this Honorable Court for an Order sealing the following documents in the above-captioned matter: Supplemental Memorandum in Aid of Sentencing with attached Exhibits A-E. Sealing is requested to ensure the confidentiality of privileged medical records of the Defendant and relevant third parties, as well as sensitive financial information.

DEFENDANT,
GARY BLONDER

By /s/ _____
James W. Bergenn
Fed. Bar No. ct00006
Moira L. Buckley
Fed. Bar No. ct18803
Shipman & Goodwin LLP

**GRANTED.** It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/5/05