UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:02CR311(AWT) |
| : | |
| GARY BLONDER : | |

**<u>ORDER OF DISMISSAL</u>**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Counts One and Three through Five of the Indictment pending against the defendant, Gary Blonder.

        Respectfully Submitted,
        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        _____
        JAMES G. GENCO
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct00360

Leave of court is granted for the filing of the foregoing dismissal.  It is so ordered.

        _____
        HON. ALVIN W. THOMPSON
        UNITED STATES DISTRICT JUDGE

        Dated:  _____
                Hartford, Connecticut