AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
DISTRICT OF Connecticut

USA v. Gary Blonder

COURT EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 02CR311(AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Genco, Perkins | Bergen, Buckley |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/7/05 | Thompson | Smith, Aiudi |

| COURT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | 6/7/05 | ✓ | | Gov't interrogatories and request for production |
| 2 | " | ✓ | | Table |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

United States District Court / District of Connecticut / FILED AT HARTFORD / June 8, 2005 / Kevin F. Rowe, Clerk / By S.L. Smith, Deputy Clerk