UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | : | NO.<br>3:02cr311 (AWT) |
| v. | : | |
| GARY BLONDER,<br>DEFENDANT. | : | JUNE 16, 2004 |

## MOTION TO SEAL

The Defendant, Gary Blonder, by and through the undersigned counsel, moves this Honorable Court for an Order sealing the following documents in the above-captioned matter: Memorandum in Aid of Sentencing with attached Exhibits A-E. Sealing is requested to ensure the confidentiality of privileged medical records of the Defendant and relevant third parties, as well as sensitive financial information.

DEFENDANT,
GARY BLONDER

By _____
James W. Bergenn
Fed. Bar No. ct00006
Jose M. Rojas
Fed. Bar No. ct22569
Moira L. Buckley
Fed. Bar No. ct18803
Shipman & Goodwin LLP

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/7/05