# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. GARY BLONDER                             Docket No. 3:02CR00311(AWT)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Michael E. Sheehan, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Gary Blonder who was sentenced to sixteen months' imprisonment to be followed by three years' supervised release be for a violation of 18 U.S.C. §1001, Making a False Statement, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court in Hartford, Connecticut, on June 7, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special condition and terms as follows: 1) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, and the details as to the selection and schedule of the program shall be approved by the United States Probation Office. The defendant shall pay all or a part of the costs of such treatment, based on his ability to pay as approved by the U.S. Probation Officer; 2) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office; 3) The defendant shall provide the probation office with access to any requested financial information; and 4) The defendant shall perform 300 hours of community service at the rate of 100 hours per year.

Gary Blonder began supervision on January 29, 2007 in the Southern District of Florida. Jurisdiction remains in the District of Connecticut.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant was arrested on September 4, 2007 by the Ocean Ridge (Florida) Police Department and charged with Domestic Battery. As a sanction, the U.S. Probation Office in the SD/FL recommends that the defendant participate in a treatment program for anger control/domestic violence. The defendant concurs and has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in an approved treatment program for anger control/domestic violence as directed by the probation officer. The defendant will pay for the cost of services rendered.

**ORDER OF COURT**                                   Respectfully Submitted,

Considered and ordered this __30th__ day of October, 2007       *Michael E. Sheehan* (signature)
and ordered filed and made a part of the records in the          Michael E. Sheehan
above case.                                                      Supervising United States Probation Officer

                                                                 Place: Hartford, Connecticut
The Honorable Alvin W. Thompson
United States District Judge                                     Date:  10/30/07

PROB 49  
(3/89)

SD/FL PACTS #76001

United States of America  
v  
Gary S. Blonder

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### Waiver of Hearing to Modify Conditions
### of Supervised Release

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall participate in an approved treatment program for anger control/domestic violence as directed by the probation officer. The defendant will pay for the cost of services rendered.**

Witness: _____  
U.S. Probation Officer  
Peter J. Williams

Signed: _____  
Supervised Releasee  
Gary S. Blonder

September 17, 2007  
Date